IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA INTERLOCK, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>ALCOHOL DETECTION SYSTEMS TECHNOLOGY, LLC, ALCOHOL DETECTION SYSTEMS, LLC, and CONSUMER SAFETY TECHNOLOGY, LLC,<br><br>                Defendants. | **8:21CV08**<br><br>**TEMPORARY RESTRAINING ORDER** |

Pursuant to the Memorandum and order entered this date, the

IT IS ORDERED that defendants, together with their officers, agents, and employees, and those persons in active concert or participation with any of them, are temporarily enjoined from:

1. Contacting or communicating with any customer of Omaha Interlock a) for the direct or indirect purpose of offering or soliciting business from those customers, or b) to make any representations to those customers about whether devices currently being leased comply with Nebraska law or the standards of the National Highway Traffic Safety Administration (NHTSA);

2. Doing any business with any customer of Omaha Interlock, except indirectly through their relationship with Omaha Interlock, consistent with prior practices;

3. Selling or leasing any Determinator 2 devices in the state of Nebraska, except to and through Omaha Interlock; and

1

4. Terminating, cancelling, or failing to renew their relationship with Omaha Interlock.

5. This temporary restraining order shall remain in effect until the Court resolves the plaintiff's motion for a preliminary injunction.

Dated this 15th day of January, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge