IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA INTERLOCK, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>ALCOHOL DETECTION SYSTEMS TECHNOLOGY, LLC, ALCOHOL DETECTION SYSTEMS, LLC, and CONSUMER SAFETY TECHNOLOGY, LLC,<br><br>        Defendants. | **8:21CV008**<br><br>**ORDER** |

1)    The motion to file under seal, (Filing No. 23), is granted in part.

2)    Filing No. 24 shall be filed under restricted access.

3)    After changing the filing security status of Filing No. 24 from sealed to restricted access, the clerk shall regenerate the notice of electronic filing for that document.

Dated this 1st day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge