IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA INTERLOCK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALCOHOL DETECTION SYSTEMS TECHNOLOGY, LLC, ALCOHOL DETECTION SYSTEMS, LLC, and CONSUMER SAFETY TECHNOLOGY, LLC, <br><br> Defendants. | 8:21CV8 <br><br> **SHOW CAUSE ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Alcohol Detection Systems, LLC, and Defendant Alcohol Detection Systems, LLC has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until April 29, 2021 to show cause why the claims against Defendant Alcohol Detection Systems, LLC should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims against Defendant Alcohol Detection Systems, LLC without further notice.

Dated this 8th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge