IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA INTERLOCK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALCOHOL DETECTION SYSTEMS TECHNOLOGY, LLC, ALCOHOL DETECTION SYSTEMS, LLC, and CONSUMER SAFETY TECHNOLOGY, LLC, <br><br> Defendants. | **8:21CV8** <br><br> **SHOW CAUSE ORDER** |

This matter comes before the court after a review of the docket and pursuant to NECivR. 41.2 which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

A summons was issued as to Defendant Alcohol Detection Systems, LLC ("ADS") on April 22, 2021 and returned executed on April 23, 2021. (Filing Nos. 35 and 36). Therefore the deadline for Defendant ADS to answer or otherwise respond to the Complaint filed by Plaintiff Omaha Interlock, Inc. was May 14, 2021. Defendant ADS has not, to date, filed an answer or other response, and no explanation has been provided to the court regarding the failure to litigate the claim against Defendant ADS. Plaintiff has a duty to prosecute the case.

Accordingly, IT IS ORDERED Plaintiff shall have until August 5, 2021 to show cause why the claims against Defendant Alcohol Detection Systems, LLC should not be dismissed for want of prosecution. See NECivR. 41.2. The failure to timely comply with this order may result in dismissal of those claims without further notice.

Dated this 15th day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge