IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA INTERLOCK, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALCOHOL DETECTION SYSTEMS TECHNOLOGY, LLC,  ALCOHOL DETECTION SYSTEMS, LLC, and CONSUMER SAFETY TECHNOLOGY, LLC,<br><br>　　　　　　Defendants. | **8:21CV8**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) On or before August 13, 2021, Defendant Alcohol Detections Systems, LLC shall answer or otherwise respond to Plaintiff's Complaint. If Defendant Alcohol Detections Systems, LLC fails to respond to Plaintiff's Complaint by the deadline set forth in this order, the court will direct the Clerk to immediately enter default pursuant to Fed. R. Civ. P. 55(a).

2) Defendant Alcohol Detections Systems, LLC is hereby notified that if it fails to respond by the deadline set forth herein and default is entered against it in this case, the plaintiff and the non-defaulted defendants are relieved of their obligation to serve on and/or provide notice to Defendant Alcohol Detections Systems, LLC of documents exchanged between the parties (e.g., discovery, expert disclosures, etc). In addition, if Defendant Alcohol Detections Systems, LLC fails

to respond by the deadline set forth herein and default is entered against it in this case, the court, plaintiff, and non-defaulted defendants are relieved of any duty to serve on and/or provide notice to Defendant Alcohol Detections Systems, LLC of subsequent court filings. The parties' obligation to provide service to Defendant Alcohol Detections Systems, LLC will be restored if Defendant Alcohol Detections Systems, LLC moves to set aside an entry of default.

3) The Clerk shall send this order certified mail, return receipt requested, to Defendant Alcohol Detections Systems, LLC at the following address:

Alcohol Detection Systems, LLC f/n/a Alcohol Detection Systems, Inc.
    c/o the Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

4) The Clerk shall further terminate the show cause deadline set by the court in Filing No. 55. The court conferred with the parties related to the issues raised in the Filing No. 55 Order and has issued this order as a result of that discussion.

Dated this 23rd day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge